IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| AUSTIN TYLER LITCHFIELD, §<br>    Plaintiff, §<br> §<br>v. §<br> §<br>SANDRA HIJAR, Warden, §<br>    Defendant. § | Cause No. EP-23-CV-181-KC |

## DISMISSAL ORDER

Austin Tyler Litchfield, prisoner number 78634-112 at the La Tuna Federal Correctional Facility (FCI La Tuna) in Anthony, Texas, asks the Court to intervene in his behalf and order Sandra Hijar, the Warden at FCI La Tuna, to vacate a prison disciplinary through a civil rights complaint pursuant to 42 U.S.C. § 1983. Pl.'s Compl., ECF No. 1 at 4. His challenge to a disciplinary action falls within the scope of a petition for a writ of habeas corpus under 28 U.S.C. § 2241. *See Jackson v. Torres*, 720 F.2d 877, 879 (5th Cir. 1983) ("The rule in this Circuit is that any challenge to the fact or duration of a prisoner's confinement is properly treated as a habeas corpus matter, whereas challenges to conditions of confinement may proceed under Section 1983."); *Carmona v. U.S. Bureau of Prisons*, 243 F.3d 629, 632 (2d Cir. 2001) ("A writ of habeas corpus under § 2241 is available to a federal prisoner who does not challenge the legality of his sentence, but challenges instead its execution subsequent to his conviction."). Moreover, he has already filed a § 2241 petition challenging this same disciplinary action, which is pending in cause number EP-23-CV-143-KC. He was ordered to submit an amended petition in that case—but has failed to do so.

The Court concludes that Litchfield filed the § 1983 complaint in this case in error. Therefore, in order to correct the error, the Court enters the following orders:

**IT IS ORDERED** that the District Clerk shall refile Litchfield's complaint in the instant case as a petition for a writ of habeas corpus under 28 U.S.C. § 2241 in cause number EP-23-CV-143-KC.

**IT IS FURTHER ORDERED** that the District Clerk shall return the $402.00 filing fee to Litchfield.

**IT IS FURTHER ORDERED** that Litchfield's civil rights complaint pursuant to 42 U.S.C. § 1983 (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE**.

**IT IS FINALLY ORDERED** that the District Clerk shall **CLOSE** this case.

**IT IS SO ORDERED.**

**SIGNED** this 9th day of May, 2023.

_____
**KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE**